# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSEPH JILES,

          Plaintiff,

-vs-                                 Case No. 14-CV-545

MATTHEW FRANK, RICK RAEMISCH,
WILLIAM POLLARD, GREG GRAMS,
PHIL KINGSTON, GARY ANKARLO,
DR. STEVEN SCHMIDT, DR. KALLAS,
DR. VANDERBROOK, JOHN DOE,
DR. BREEN, and JOHN AND JANE DOES,

          Defendants.

# DECISION AND ORDER

On May 14, 2014, pro se plaintiff Joseph Jiles was ordered to pay an initial partial filing fee of $1.97 to the Clerk of Court on or before June 5, 2014, pursuant to the provisions of the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(b)(1). By letter filed June 9, 2014, the plaintiff indicates that he does not have funds available in his trust account at the correctional institution where he is incarcerated. He requests that the $1.97 be withdrawn from his release account and be sent to the Clerk of Court for this district.

After due consideration, and in light of the plaintiff's request that prison officials take the $1.97 out of his release account, the warden at the correctional institution where the plaintiff is incarcerated is directed to submit to the Clerk of Court on or before July

1, 2014,the $1.97 as the plaintiff's payment of his initial partial filing fee. *See Doty v. Doyle*, 182 F. Supp. 2d 750, 751-52 (E.D. Wis. 2002).

**NOW, THEREFORE, IT IS HEREBY ORDERED** that, upon the request of the plaintiff, the warden at the correctional institution where the plaintiff is incarcerated shall withdraw $1.97 from the plaintiff's release account and forward that sum to the Clerk of this Court as plaintiff's initial partial filing fee in this action. Such payment is to be made on or before **July 1, 2014**. Upon payment of this initial partial filing fee, the court will determine whether the action can continue to proceed *in forma pauperis*.

**IT IS ALSO ORDERED** that copies of this order be sent to the warden at Columbia Correctional Institution.

**IT IS FURTHER ORDERED** that the plaintiff's motion to pay initial partial filing fee from his release account (Docket # 7) is **granted**.

Dated at Milwaukee, Wisconsin, this 11th day of June, 2014.

        **SO ORDERED,**

        **HON. RUDOLPH T. RANDA**
        **U. S. District Judge**